AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

**RECEIVED**
2007 AUG 13 A 9:32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sterling Ray McCrary
Plaintiff

V.

Alabama Court of Criminal Appeals
Alabama Supreme Court, et, all.
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07cv725-WKW

I, __Sterling Ray McCrary__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __J.O. Davis Correction Atmore AL 36503__

   Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☑ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __I am an Accountant For the A.C.I. Program Here at Fountain Corrections, I make .30 hr. and get a payment of about $45.00 A month__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☑ No
   b. Rent payments, interest or dividends               ☐ Yes     ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☑ No
   d. Disability or workers compensation payments       ☐ Yes     ☑ No
   e. Gifts or inheritances                              ☐ Yes     ☑ No
   f. Any other sources                                  ☐ Yes     ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

-5-

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_August 4th 2007_    _Sterling Roy McCrory_
Date                  Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

-6-

## AFFIDAVIT By Sterling Ray McCrary

My name is Sterling Ray McCrary A.I.S. 237087.. S.S.# 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. I am an Inmate in the Alabama Prison System. My Address is Sterling Ray McCrary M1-74A Fountain 4000 J.O. Davis Correct Atmore, Al., 36503. I am over the age of twenty-one years. I have been Locked down for almost 5 years Now for a Crimes I did Not Commite. I have NO Assets, and am seeking to Proceed Without prepayment of fees, and submitting this Affidavit under penalty of perjury that the facts alleged in it are true and Correct.

Respectfully Submitted
Sterling Ray McCrary
*Sterling Ray McCrary*
AIS 237087 M1-74A
Fountain 4000 J.O. Davis
Atmore, Al. 36503

Done this 4th Day of August 2007

*Sterling Ray McCrary*

-7-

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 237087    NAME: MCCRARY, STERLING RAY    AS OF: 07/02/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUL | 29 | $51.63 | $50.00 |
| AUG | 31 | $44.32 | $100.00 |
| SEP | 30 | $26.01 | $0.00 |
| OCT | 31 | $0.66 | $0.00 |
| NOV | 30 | $0.13 | $0.00 |
| DEC | 31 | $6.00 | $33.75 |
| JAN | 31 | $6.03 | $37.00 |
| FEB | 28 | $6.81 | $33.75 |
| MAR | 31 | $18.38 | $40.00 |
| APR | 30 | $55.48 | $38.50 |
| MAY | 31 | $79.58 | $35.75 |
| JUN | 30 | $78.59 | $52.80 |
| JUL | 2 | $16.07 | $0.00 |
| Average 12 month balance | | $32.47 | $35.12 |

Valeria Spates, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS  2nd  DAY OF    July    , 2007.

_____, Notary Public
My Commission Expires Aug. 20, 2007

- 8 -