```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000149
Cashier ID: benrobi
Transaction Date: 08/16/2007
Payer Name: STERLING MCCRARY
------------------------------------
PLRA CIVIL FILING FEE
 For: STERLING MCCRARY
 Case/Party: D-ALM-2-07-CV-000725-001
 Amount:          $10.00
------------------------------------
MONEY ORDER
 Remitter: STERLING MCCRARY
 Check/Money Order Num: 10908782638
 Amt Tendered:  $10.00
------------------------------------
Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:      $0.00

MONEY ORDER RECEIVED WITH NEW CASE
ON AUGUST 13; RECEIPTED AUGUST 16
PER IFP ORDER
```