IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **STERLING RAY McCRARY, #237087,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-725-WKW |
| ) | |
| **ALABAMA COURT OF CRIMINAL** ) | |
| **APPEALS and SUPREME COURT OF** ) | |
| **ALABAMA,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This case is before the court on plaintiff's objection (Doc. # 6) to the Recommendation of the Magistrate Judge (Doc. # 4). After an independent and de novo review of the file in this case and upon consideration of the Recommendation and plaintiff's objection, it is ORDERED that:

1. The Objection to the Recommendation of the Magistrate Judge (Doc. # 6) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

3. This case is DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U. S. C. § 1915(e)(2)(B)(i).

An appropriate judgment will be entered.

DONE this 29th day of August, 2007.

                                           /s/  W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE