IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STERLING RAY MCCRARY,       )
#237087                     )
                            )
    Plaintiff,              )
                            )
Vs.                         )   CIVIL ACTION NO.
                            )   2:07-CV-725-WKW
                            )
ALABAMA COURT OF CRMINAL    )
APPEALS and SUPREME COURT OF)
ALABAMA                     )
                            )
    Defendants.             )

## NOTICE OF APPEAL

Comes now your Prose plaintiff Sterling Ray McCrary and hereby gives notice of Appeal to the Court.

The Plaintiff wishes to Appeal the FINAL JUDGMENT of the UNITED STATES DISTRICT JUDGE W. KEITH WATKINS, of the 29th day of August, 2007.

_____
Left Thumb Print
Sterling R. McCrary

*Sterling Ray McCrary*

Done So This 28th Day of September 2007

*Sterling Ray McCrary*

Sterling Ray McCrary
*Sterling Ray McCrary*
26 Springhill Dr.
Scottsboro, Al. 35769
Sterlingm0@gmail.com

[Received stamp: 2007 OCT -1  A 9:24  DEBRA P. HACKETT, CLK  U.S. DISTRICT COURT  MIDDLE DISTRICT ALA]

## CERTIFIC OF SERVICE

I hereby certify that on this 28th Day of September 2007, I filed the foregoing and other legal documents with the clerk of court and the United States Attorney General by placing the same in the United States Postal Service.

                              STERLING RAY MCCRARY
                              */s/ Sterling Ray McCrary*
                              26 Springhill Dr.
                              Scottsboro, Al. 35769

                Phone        256-574-1918
                E-Mail        sterlingm0@gmail.com

Office of the clerk
United States District Court
P.O. Box 711
Montgomery, Al.36101-0711

U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Av. NW
Washington, D.C. 20530-0001