UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

October 2, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-07-W-725-N

USCA No._____

IN RE: STERLING RAY MCCRARY VS. ALABAMA COURT OF CRIMINAL APPEALS

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes, __ No Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
__ Yes, The Court Reporter(s) is/are:
_X_ No                    Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):____
___ IFP_; and/or APPEALABILITY/CPC is pending in this Court.
__ Court Appointed Counsel/CJA; __Yes; ___No; Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid _Yes,_X_No:____Date , Receipt#_____
___Appellant has been ___GRANTED;_DENIED IFP, Copy of Oder enclosed.
__Appellant has been ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__Appeal Bond, ___ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
            __Volume(s) of Pleadings, __ Volume(s) of Transcripts,
            ___ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)__
            ___ Exhibits:____Envelope
            __Volume (s) of Original Papers

cc:                                     Sincerely,

                                        DEBRA P. HACKETT, CLERK

                                        By: Yolanda Williams
                                            Deputy Clerk

ANDERSON, APPEAL, CLOSED, INMATE

# U.S. District Court
# Alabama Middle District (Montgomery)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00725-WKW-WC
# Internal Use Only

McCrary v. Alabama Court of Criminal Appeals et al (INMATE1)
Assigned to: Honorable William Keith Watkins
Referred to: Honorable Wallace Capel, Jr
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/13/2007
Date Terminated: 08/29/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Sterling Ray McCrary**          represented by   **Sterling Ray McCrary**
AIS 237087
ADOC FOUNTAIN JO DAVIS
Fountain/J O Davis Correctional Facility
Fountain 3800
Atmore, AL 36503-3800
PRO SE

V.

**Defendant**

**Alabama Court of Criminal Appeals**

**Defendant**

**Supreme Court of Alabama**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2007 |  | (Court only) ***Staff Attorneys added as interested parties., Assignment of Staff Attorney Anderson, ***Set Anderson and Inmate Flags (br, ) (Entered: 08/13/2007) |
| 08/13/2007 | 1 | Inmate 1983 COMPLAINT against Alabama Court of Criminal Appeals, Supreme Court of Alabama filed by Sterling Ray McCrary. (Attachments: # 1 supporting documents)(djy, ) (Entered: 08/15/2007) |
| 08/13/2007 | 2 | Application to Proceed Without Prepayment of Fees and Affidavit by Sterling Ray McCrary. (djy, ) (Entered: 08/15/2007) |

| 08/16/2007 | 3 | ORDER granting 2 motion for Leave to Proceed in forma pauperis; Directing Monthly Payments be made from Inmate's Prison Account until fee is paid in full, as further set out in order. Copies mailed to plaintiff and account clerk @ Fountain Correctional Facility. Signed by Judge Wallace Capel Jr. on 8/16/07. Furnished to cashier. (djy, ) (Entered: 08/16/2007) |
|---|---|---|
| 08/16/2007 | 4 | REPORT AND RECOMMENDATIONS of the Mag Jduge that this case be dismissed with prejudice prior to service of process pursuant to the provisions of 28 USC 1915(e)(2)(B)(i); Objections to R&R due by 8/29/2007. Signed by Judge William Keith Watkins on 8/16/07. (djy, ) (Entered: 08/16/2007) |
| 08/16/2007 | 5 | Partial Filing fee received (money order): $ 10.00, receipt number 4602000149 (djy, ) (Entered: 08/16/2007) |
| 08/29/2007 | 6 | OBJECTION to 4 Report and Recommendations by Sterling Ray McCrary. (Attachments: # 1 Exhibit 1; # 2 Exhibit 2)(djy, ) (Entered: 08/29/2007) |
| 08/29/2007 | 7 | ORDER overruling 6 Objection; adopting 4 Report and Recommendations; dismissing this case with prejudice prior to service of process in accordancewith the provisions of 28 U. S. C. § 1915(e)(2)(B)(i). Signed by Judge William Keith Watkins on 8/29/2007. (cc, ) (Entered: 08/29/2007) |
| 08/29/2007 | 8 | FINAL JUDGMENT entered in favor of the defendants and against plaintiff; that this action is dismissed with prejudice; that the parties shall bear their own costs; that the clerk is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Procedure. Signed by Judge William Keith Watkins on 8/29/2007. (Attachments: # 1 Civil Appeals Checklist)(cc, ) (Entered: 08/29/2007) |
| 10/01/2007 | 9 | NOTICE OF APPEAL by Sterling Ray McCrary to the United States Court of Appeals for the Eleventh Circuit from the 7 Order Adopting Report and Recommendations, 8 Judgment, entered on 29th day of August, 2007.(ydw, ) (Entered: 10/02/2007) |
| 10/02/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and Order to US Court of Appeals re 9 Notice of Appeal (ydw, ) (Entered: 10/02/2007) |