# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

2007 OCT 11  A 9: 49

[ ORA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| STERLING RAY MCCRARY, #237087  Plaintiff, | ) ) ) ) |
| Vs. | ) CIVIL ACTION NO. ) 2:07-CV-725-WKW ) |
| ALABAMA COURT OF CRMINAL APPEALS and SUPREME COURT OF ALABAMA  Defendants. | ) ) ) ) ) ) |

## AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCSSD IN FORMA PAUPERIS

I Sterling Ray McCrary declare that I am the Petitioner in the above-entitled proceeding; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that under 28 USC 1915 I am entitled to the relief sought in the petitions/motions.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   NO

2. Are you currently employed?   NO

    Last employer:
    State of Alabama Prison System   $40 monthly

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self employment.............NO

    b. Rent payments, interest or dividends………………………NO
    c. Pension, annuities or life insurance payments……………NO
    d. Disability of worker compensation payments……………NO
    e. Gifts of inheritance………………………………………….NO
    f. Any other sources…………………………………………..NO

4. Do you have any cash or checking or savings accounts?    NO

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other things of value?    NO

6. List the persons who are dependant on you for support, state your relationship to each person and indicate how much you contribute to their support.

On the 17th day of September 2007 I was released from the Alabama Dept. of Corrections, on parole, with $ 10.47 cash. I live with my sister Barbara Knight at 26 Springhill Dr. in Scottsboro Alabama 35769 Phone (256)-574-1918, My parole officer is Lamre Evans phone (256)-574-9357 I declare under penalty and perjury that the above information is true and correct.

STERLING RAY MCCRARY
26 Springhill Dr.
Scottsboro, AL. 35769

Sept. 29 2007
Date

Signature of Applicant

Sterling Ray McCrary
26 Springhill Dr.
Scottsboro, AL 35769

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

BIRMINGHAM AL 350
09 OCT 2007 PM 2 L