# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION

Case Style: **Sterling Ray McCrary vs. Alabama Court of Criminal Appeals and Supreme Court of Alabama**

District Court No#: Civil Action No. **2:07-CV-725-WKW**

Date Appeal Filed: **September 28th 2007**

Court of Appeals No:

Hearing: **No hearing was held in this case**

Record on Appeal: All of the District Court Clerk, United States District Court P.O. Box 711 Montgomery, Al. 36101-0711 Records of 2:07-CV-725-WKW and the District Court Clerk, United States District Court NORTHERN DISTRICT OF ALABAMA Hugo L. Black United States Courthouse 1729-5th Avenue North Birmingham, Alabama 35203-2040 Records of 5:07-CV-500-VEH-TMP.

*Sterling Ray McCrary*
Sterling Ray McCrary
26 Springhill Dr.
Scottsboro, Al. 35769

Phone   256-574-1918
E-Mail   sterlingm0@gmail.com

## CERTIFIC OF SERVICE

I hereby certify that on this 29th Day of September 2007, I filed the foregoing legal documents with the clerk of court by placing the same in the United States Postal Service to the address below.

STERLING RAY MCCRARY

*Sterling Ray McCrary*

26 Springhill Dr.
Scottsboro, Al. 35769

Phone     256-574-1918
E-Mail     sterlingm0@gmail.com

Office of the clerk
United States District Court
P.O. Box 711
Montgomery, Al.36101-0711

U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Av. NW
Washington, D.C. 20530-0001

Sterling Ray McCrary
26 Springhill Dr.
Scottsboro, Al. 35769

Office
United States
P.O. Box
Montgomery