Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

November 16, 2007

**Appeal Number: 07-14652-A**
Case Style: Sterling Ray McCrary v. Alabama Court of Criminal
District Court Number: 07-00725 CV-W-N

TO:   Debra P. Hackett

CC:   Sterling Ray McCrary

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 16, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY   AL   36104-4055

**Appeal Number: 07-14652-A**
Case Style: Sterling Ray McCrary v. Alabama Court of Criminal
District Court Number:  07-00725 CV-W-N

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

Encl.

DIS-4  (3-2005)

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 16, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14652-A**
Case Style: Sterling Ray McCrary v. Alabama Court of Criminal
District Court Number: 07-00725 CV-W-N

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 1 6 2007
THOMAS K. KAHN
CLERK

No. 07-14652-A

STERLING RAY MCCRARY,

Plaintiff-Appellant,

versus

ALABAMA COURT OF CRIMINAL APPEALS,
SUPREME COURT OF ALABAMA,

Defendants-Appellees.

Appeal from the United States District Court for the
Northern District of Alabama

Before: TJOFLAT, BIRCH, and BLACK, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The October 1, 2007, notice of appeal is untimely to contest the district court's August 29, 2007, order dismissing McCrary's complaint pursuant to 28 U.S.C. § 1915A(b)(1). See Fed.R.App.P. 4(a)(1)(A); Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.